IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL B. SCHMIDT, Trustee of the Estate of Border Anesthesia Services, P.C., and REGINALD BERRY, <br>    Plaintiffs, <br><br>SYLVIA BERRY, <br>    Intervenor Plaintiff, <br><br>v. <br><br>DOUGLAS MCKEE, Individually and d/b/a DOUGLAS C. MCKEE, CRNA, P.C., VIJI ROBERTS, Individually and d/b/a VIJI ROBERTS ANESTHESIA CRNA, P.C., MARY WEATHERS, MARTIN POWERS, Individually and d/b/a POWERS ANESTHESIA SERVICES, P.C., WILLIAM T. GRADY, JR., WILLIAM WRENCH, EVELYN WILLIAMS, COLUMBIA VALLEY HEALTHCARE SYSTEM, LP, d/b/a VALLEY REGIONAL MEDICAL CENTER, and RIO GRANDE ANESTHESIOLOGISTS, P.A., <br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-10-20 |

United States District Court
Southern District of Texas
ENTERED
APR - 1 2011
David J. Bradley, Clerk of Court

## ORDER

    BE IT REMEMBERED, that on April ___1___, 2011, the Court **GRANTED** the parties' Joint Motion to Modify Scheduling Order, Dkt. No. 22.

    The reference to the bankruptcy court in this case was withdrawn on February 22, 2010. Dkt. No. 4. The current Scheduling Order was entered on May 20, 2010. Dkt. No. 8. On May 26, 2010, the Court granted the Motion to Intervene and the Intervenor Complaint was filed. Dkt. Nos. 9, 10. The Parties request the Court modify the scheduling order because four Defendants have recently

made their first appearance in this case and the other parties are involved in discovery disputes leading Plaintiffs to file a Motion to Compel. Because the new Defendants need time to meet the deadlines and Plaintiffs and the other Defendants need the Court to rule on the Motion to Compel, all parties request an eight month extension to all deadlines. This is the first request to modify the scheduling order.

Based on the foregoing, the Court finds that the parties have demonstrated "good cause" to extend their deadlines. Fed. R. Civ. P. 16(b). The Court **GRANTS** the parties' Joint Motion to Modify Scheduling Order, Dkt. No. 22, and **AMENDS** the scheduling order in this case as follows:

| | |
|---|---|
| New parties must be joined by: | **4/29/2011** |
| Plaintiff and Consolidated Plaintiffs/Cross-Defendants experts will be named with a report furnished by: | **8/31/2011** |
| Defendants will designate responsive exports and provide reports by: | **10/31/2011** |
| Discovery must be completed by: | **12/31/2011** |

*Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

| | |
|---|---|
| Parties to Mediate the case by: | **1/31/2012** |
| Dispositive Motions will be filed by: | **1/31/2012** |
| Joint Pretrial Order is due by: | **4/12/2012** |
| Docket Call and Final Pretrial Conference is set for 1:30 p.m. on: | **4/24/2012** |
| Jury Selection is set for 9:00 a.m. on: | **5/1/2012** |

DONE at Brownsville, Texas, on April 1, 2011.

Hilda G. Tagle
United States District Judge