IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE:<br>BORDER ANESTHESIA PC,<br><br>    Debtor<br><br>MICHAEL B. SCHMIDT, TRUSTEE OF<br>THE ESTATE OF BORDER ANESTHESIA<br>SERVICES, P.C. and REGINALD BERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLAS MCKEE, INDIVIDUALLY and<br>d/b/a DOUGLASS C. MCKEE, CRNA, P.C.,<br>VIJI ROBERTS, INDIVIDUALLY and d/b/a<br>VIJI ROBERTS ANESTHESIA, CRNA,<br>P.C., MARY WEATHERS, MARTIN<br>POWERS, INDIVIDUALLY and d/b/a<br>POWERS ANESTHESIA SERVICES, P.C.<br>WILLIAM T. GRADY, JR., WILLIAM<br>WRENCH and EVELYN WILLIAMS,<br>COLUMBIA VALLEY HEALTHCARE<br>SYSTEM, L.P., d/b/a VALLEY REGIONAL<br>MEDICAL CENTER and RIO GRANDE<br>ANESTHESIOLOGISTS, PA<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§ | **Civil Action No. 1:10-cv-00020**<br><br><br><br><br><br><br>**Consolidated Adversary No. 07-02098** |

### DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER'S EXPERT DISCLOSURES

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center ("VRMC") hereby discloses the identity of the following witnesses it may use at trial to present evidence under Federal Rule of Evidence 702, 703 or 705:

(1) Thomas R. McCarthy, Ph.D; and

(2) Ramsey Shehadeh, Ph.D.

Pursuant to Fed. R. Civ. P. 26(a)(2)(B), VRMC has served or will serve on all parties an expert report for each of the above witnesses, in the manner set forth in a certificate of service separately filed with the Court today.

In addition, VRMC may use at trial to present evidence under Federal Rule of Evidence 702, 703 or 705 any witness disclosed for such purpose by any co-defendant or other party to this action, including without limitation the following witnesses identified by counsel for defendants McKee, Grady, Wrench and Williams:

    (1) Billy R. Bradford, Jr., CPA;

    (2) Tom W. Sarytchoff, CPA; and

    (3) Ygnacio D. Garza, CPA.

Expert reports for these three witnesses are already in the plaintiffs' possession and may also be disclosed and/or produced today by counsel for defendants McKee, Grady, Wrench and Williams. VRMC cross-designates and discloses those reports for purposes of Rule 26(a)(2).

DATED:   November 30, 2011					Respectfully submitted,

s/ Margaret M. Zwisler
Margaret M. Zwisler (admitted *Pro Hac Vice*)
DC State Bar No. 245951
Email:  Margaret.Zwisler@lw.com

Jennifer L. Giordano (admitted *Pro Hac Vice*)
DC State Bar No. 496746
Email:  Jennifer.Giordano@lw.com

**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201

Alfred C. Pfeiffer, Jr. (admitted *Pro Hac Vice*)
CA State Bar No. 120965
Email:  Al.Pfeiffer@lw.com

**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

and

Jack C. Skaggs, Jr.
State Bar No. 18452020
Fed. ID No. 1595
Email:  Jskaggs@gnqlawyers.com

William Gault
State Bar No. 07765050
Fed. ID No. 14685
Email:  Bgault@gnqlawyers.com

**GAULT, NYE & QUINTANA, L.L.P.**
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
Telephone: (956) 544-7110
Facsimile: (956) 544-0607

**ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P., d/b/a VALLEY REGIONAL
MEDICAL CENTER**

3

**CERTIFICATE OF SERVICE**

On November 30, 2011, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, Brownsville Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Additionally, the following parties have been served via *First Class Mail*:

    Martin Powers
    Individually and d/b/a Powers Anesthesia Services, P.C.
    Post Office Box 2577
    South Padre Island, TX 78597

    Viji Roberts
    Individually and d/b/a Viji Roberts Anesthesia CRNA, P.C.
    1718 Coffee Port Road
    Brownsville, TX 78521

    Mary Weathers
    162 S Nueces Park Lane
    Harlingen, TX 78552

    s/ Margaret M. Zwisler
    Margaret M. Zwisler

SF\885810